UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DAVID ELLIS,

    Plaintiff,

v.                                          Case No. 1:04-cv-694

EDWARD D. JONES & CO., L.P.,          Hon. Joseph G. Scoville

    Defendant(s).
_____/

ENTRY OF DEFAULT

It appearing from the files and records that affidavit for default has been duly filed and that defendant(s) **Hanover Insurance Company** has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

NOW THEREFORE, on affidavit of counsel for defendant/counter-claimant Edward D. Jones & Co., L.P.,  and in accordance with the rules of this court, default is hereby entered against defendant(s) **Hanover Insurance Company** according to Rule 55(a) of the Federal Rules of Civil Procedure.

                                                  RONALD C. WESTON, SR.
                                                  CLERK OF COURT

                                                  /s/Carole Poggi

Dated:  June 7, 2007                       _____
                                                  By:  Deputy Clerk